ERIC GRANT
United States Attorney
ELISA M. RODRIGUEZ
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Respondents

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DOE,<br><br>Petitioner,<br><br>v.<br><br>CHRISTOPHER CHESTNUT, et al.,<br><br>Respondents. | CASE NO. 1:26-CV-06497-DJC-SCR<br><br>**STIPULATION AND ORDER OF BRIEFING SCHEDULE** |

**PROCEDURAL HISTORY**

On August 14, 2026, Petitioner, John Doe, filed a Petition for Writ of Habeas Corpus ad testificandum. Dkt. 1. On August 17, 2026, the Court issued a briefing schedule, ordering Respondents to file a return on or before August 24, 2026, and providing for Petitioner's reply to be filed on August 27, 2026. Dkt. 6.

The parties have been conferring as to potential resolution of the matter without requiring the Court's resources and require a brief extension of time to continue working toward a resolving this matter.

///

///

///

**STIPULATION**

The parties stipulate to an extension of the briefing schedule and propose the following extended dates:

| | |
|---|---|
| Deadline to File Respondent's Return | September 8, 2026 |
| Deadline to File Petitioner's Reply | September 11, 2026 |

Dated: August 25, 2026

ERIC GRANT
United States Attorney

By: /s/ Elisa M. Rodriguez
ELISA M. RODRIGUEZ
Assistant United States Attorney
Attorneys for Respondents

Dated: August 25, 2026

/s/ Diego Aranda Teixeira
DIEGO ARANDA TEIXEIRA
Attorney for Petitioner
(Signature approved by email on 8/25/26)

**IT IS SO ORDERED.**

Dated: August 26, 2026

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE